UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 26, 2015

MEMO TO COUNSEL RE:   Jeremy Tucker v. Yangtze Railroad Materials, Inc., et al.
Civil No. JFM-14-3813

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendants' motion to dismiss. The motion (document 8) is granted. I am satisfied that plaintiff has failed to allege any fraud claim against Patrick Young with sufficient particularity. As a result, all of his claims against him fail. Likewise, I am satisfied that plaintiff has not alleged sufficient facts to support any claim for wrongful termination or for punitive damages.

If plaintiff believes that he can properly plead a fraud claim with particularity against Mr. Young or a cognizable claim for punitive damages, he may file an amended complaint on or before March 12, 2015.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge